# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Christy Melanie Adams, )<br>*Plaintiff* )<br>v. )<br>Commissioner Social Security Administration, )<br>*Defendant* ) | Civil Action No.  6:16-cv-01721-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten.

Date:  September 12, 2017                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                      s/Ashley Buckingham, Deputy Clerk
                                                                                      *Signature of Clerk or Deputy Clerk*